*United States District Court*

for

*District of Guam*

**FILED**
**DISTRICT COURT OF GUAM**

DEC - 8 2005 *np*

**MARY L.M. MORAN**
**CLERK OF COURT**

# Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | **Jesse T.S. Wells** | Case Number: | **CR 01-00009-001** |

Name of Sentencing Judicial     Judge John S. Unpingco

Date of Original Sentence:     September 20, 2001

Original Offense:     Conspiracy to Commit Credit Card Fraud, in violation of 18 U.S.C. §§ 371 & 2 & 1029(a)(2)
Theft of U.S. Mail, in violation of 18 U.S.C. § 1708

Original Sentence:     30 months imprisonment followed by 36 months supervised release with conditions to include that he refrain from the use of any and all alcoholic beverages; obtain and maintain gainful employment; pay $44,862.81 restitution jointly and severally with co-defendant, Veronica Cruz, which is due immediately; not incur any new credit charges or open additional lines of credit without the approval of the U.S. Probation Office; provide the Probation Office access to any requested financial information; pay child support arrears and make arrangements to pay other creditors for his outstanding debts; and pay a $200 special assessment fee. **Conditions modified on November 12, 2002** to include that he submit to the search of his person, property, home and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searched pursuant to this condition; participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug and alcohol abuse; participate in program of testing (i.e. breath, urine, sweatpatch, etc.) to determine if he has reverted to the use of drugs and alcohol; participate in a program of mental health treatment (inpatient or outpatient), which may include the taking of prescribed psychotropic medication; participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month; have no contact with co-defendant Veronica E. Cruz unless granted permission by the probation officer; and participate in Anger Management program as directed by the probation officer. **On June 15, 2005, an informational report** was filed due to noncompliance.

Type of Supervision:     Supervised Release     Date Supervision:     September 19, 2003

## NONCOMPLIANCE SUMMARY

Violation Number     Nature of Noncompliance

The defendant tested positive for methamphetamine and amphetamine on two occasions: October 17 and 31, 2005.

On September 19, 2003, Jesse Wells was released from imprisonment to the Eastern District of California where he has been supervised since. On October 17, 2005, he tested positive for methamphetamine and amphetamine. He admitted to this violation upon confrontation stating that he consumed methamphetamine while spending time with a prostitute. As a result of this violation, he was referred to that district's Intermediate Sanction Program.

A Scientific Testing Laboratory Inc. report indicated that urine specimen collected on October 31, 2005 also tested positive for methamphetamine and amphetamine. As a result, in addition to notifying this district of the violation, the Eastern District of California Probation Office has also requested a transfer of jurisdiction to address current and future violations since Mr. Wells has indicated that he has no desire to return to Guam.

It is recommended that no action be taken since a request for a transfer of jurisdiction to the Eastern District of California has been requested.

Reviewed by:

RECEIVED
DEC - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

by: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Date: 12.6.2005

Date: 12/6/05

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other    No action required.

D. LOWELL JENSEN, Designated Judge

Dec. 7, 2005
Date