| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 01-00009-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 205-CR-0545 EJG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JESSE T.S. WELLS<br>c/o John A. Poglinco<br>Sr. U.S. Probation Officer<br>Eastern District of California<br>501 "I" Street, Suite 2-500<br>Sacramento, California 95814-2322 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | John S. Unpingco | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM: Sept. 19, 2003 | TO: Sept. 18, 2006 |

OFFENSE

Conspiracy to Commit Credit Card Fraud, in violation of 18 U.S.C. §§ 371 & 2 & 1029(a)(2)
Theft of U.S. Mail, in violation of 18 U.S.C. § 1708

**FILED**
DISTRICT COURT OF GUAM
JAN 18 2006
MARY L.M. MORAN
CLERK OF COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR ___N/A___ DISTRICT OF ___Guam___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

**RECEIVED**
DEC -6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Dec. 7, 2005 _Date_     D. LOWELL JENSEN, Designated Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR ___Eastern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/22/05
_Effective Date_     _United States District Judge_

ORIGINAL