ORIGINAL

WELLS_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JESSE T.S. WELLS,<br><br>        Defendant,<br><br>STANDARDS OF EXCELLENCE<br>    APPLIANCE,<br><br>        Garnishee. | CRIMINAL CASE NO. 01-00009<br><br>**MOTION TO TERMINATE<br>WRIT OF CONTINUING<br>GARNISHMENT** |

On or about July 27, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about August 4, 2006, our office confirmed

//
//
//
//
//
//

| | |
|---|---|
| 1 | with the garnishee that defendant is no longer employed with them as of April 14, 2006. Plaintiff |
| 2 | respectfully requests that the Court terminate the Writ of Continuing Garnishment against |
| 3 | Defendant JESSE T.S. WELLS. |
| 4 | DATED this _8th_ day of August, 2006. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _/s/ Marivic P. David_
MARIVIC P. DAVID
Assistant U.S. Attorney