1  **LEONGUERRERO_M.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2006
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for United States of America

8            IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF GUAM

10  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 01-00009
                                       )
11              Plaintiff,             )
                                       )
12        vs.                          )    **CERTIFICATE OF SERVICE**
                                       )
13  JESSE T.S. WELLS,                  )
                                       )
14              Defendant,             )
                                       )
15  ─────────────────────────         )
                                       )
16  STANDARDS OF EXCELLENCE            )
         APPLIANCE,                    )
                                       )
17              Garnishee.             )
    ─────────────────────────         )

18

19        I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

20  copy of the following:  **Motion to Terminate Writ of Continuing Garnishment, Order Re:**

21  **United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting**

22  **Upon Termination Garnishment** were sent to the defendant and garnishee by mail on

23  *August 18, 2006* .

24

25

26                                          MICHELLE PEREZ

27

28